# UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Christopher L. Ruffolo | § | Case No. 15-34836 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/13/2015 .  The undersigned trustee was appointed on 10/13/2015 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                     $          25,000.00

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 11,369.33 |
| Bank service fees | 463.01 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]          $ | 13,167.66 |

The remaining funds are available for distribution.

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  02/22/2016  and the deadline for filing governmental claims was  04/11/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,250.00 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 3,250.00 , for a total compensation of $ 3,250.00 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 35.62 , for total expenses of $ 35.62 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/21/2018                        By:/s/Joji Takada, Chapter 7 Trustee
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit A

| Case No: | 15-34836 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |

Case Name:   Christopher L. Ruffolo

Date Filed (f) or Converted (c):   10/13/2015 (f)

341(a) Meeting Date:   11/16/2015

For Period Ending:   02/21/2018

Claims Bar Date:   02/22/2016

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Misc Cash | 50.00 | 0.00 | | 0.00 | FA |
| 2.  Bank Account With First Midwest Bank # 4078 | 10.00 | 0.00 | | 0.00 | FA |
| 3.  Bank Account With Countryside Bank | 500.00 | 0.00 | | 0.00 | FA |
| 4.  Misc Household Goods, Computer, Electronic Equipment & Furni | 500.00 | 0.00 | | 0.00 | FA |
| 5.  Misc Books & Pictures | 100.00 | 0.00 | | 0.00 | FA |
| 6.  Misc Clothing | 350.00 | 0.00 | | 0.00 | FA |
| 7.  Golf Clubs | 300.00 | 0.00 | | 0.00 | FA |
| 8.  2013 Ford Edge | 19,375.00 | 1,707.00 | | 0.00 | FA |
| 9.  2004 Ford Escape | 2,475.00 | 0.00 | | 0.00 | FA |
| 10. Discrimination Case Against Bob Rohrman Auto Group & Bob Roh | 0.00 | 0.00 | | 25,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $23,660.00   $1,707.00   $25,000.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

PI counsel negotiated settlement of PI claim; Trustee to prepare compromise motion once settlement agreement received. - Joji Takada 12/22/2015

Settlement approved; Consulting accountant re tax returns. - Joji Takada 5/27/2016

Accountant hired; Tax returns in process. - Joji Takada 10/27/2016

Tax returns filed; Awaiting prompt determination. - Joji Takada 12/20/2016

Determination notice. - Joji Takada 4/13/2017

Claim administration. - Joji Takada 9/1/2017

Prepare TFR and distribution. - Joji Takada 11/30/2017

Initial Projected Date of Final Report (TFR): 10/13/2017      Current Projected Date of Final Report (TFR): 06/30/2018

Case 15-34836   Doc 30   Filed 03/22/18   Entered 03/22/18 09:12:52   Desc Main

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Document Page 4 of 12

| | |
|---|---|
| Case No: 15-34836 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Christopher L. Ruffolo | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0270 |
| | Checking |
| Taxpayer ID No: XX-XXX3639 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/21/2018 | Separate Bond (if applicable): |

Exhibit B

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/12/16 | 10 | Bob Rohman's Schaumburg Ford | Settlement payment Settlement re: discrimination claim against former employer | 1149-000 | $25,000.00 | | $25,000.00 |
| 04/18/16 | 1001 | Pedersen and Weinstein LLP 55 E Jackson Blvd # 710 Chicago, IL 60604 Attn: Erika Pedersen | Payment to trustee professional Contingency fee to special counsel | 3210-000 | | $8,333.33 | $16,666.67 |
| 04/18/16 | 1002 | Pedersen and Weinstein LLP 55 E Jackson Blvd # 710 Chicago, IL 60604 Attn: Erika Pedersen | Payment to trustee professional Expenses to special counsel | 3220-000 | | $400.00 | $16,266.67 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.68 | $16,245.99 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.15 | $16,221.84 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.34 | $16,198.50 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.08 | $16,174.42 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.04 | $16,150.38 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.24 | $16,127.14 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.98 | $16,103.16 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.17 | $16,079.99 |
| 12/23/16 | 1003 | Illinois Department of Revenue PO Box 19053 Springfield, Illinois 62794-9053 | Tax payment Bankruptcy estate tax payment | 2810-000 | | $857.00 | $15,222.99 |

| | | |
|---|---|---|
| Page Subtotals: | $25,000.00 | $9,777.01 |

Case 15-34836   Doc 30   Filed 03/22/18   Entered 03/22/18 09:12:52   Desc Main

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Document Page 5 of 12

| | | |
|---|---|---|
| Case No: 15-34836 | Trustee Name: Joji Takada, Chapter 7 Trustee | Exhibit B |
| Case Name: Christopher L. Ruffolo | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX0270 | |
| | Checking | |
| Taxpayer ID No: XX-XXX3639 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 02/21/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/23/16 | 1004 | Department of Treasury Internal Revenue Service Center Cincinnati, Ohio 45999-0039 | Tax payment Bankruptcy estate income tax | 2810-000 | | $1,779.00 | $13,443.99 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.57 | $13,420.42 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.04 | $13,400.38 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.00 | $13,382.38 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.90 | $13,362.48 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.23 | $13,343.25 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.84 | $13,323.41 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.17 | $13,304.24 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.78 | $13,284.46 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.75 | $13,264.71 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.09 | $13,245.62 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.69 | $13,225.93 |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.03 | $13,206.90 |

Page Subtotals:   $0.00   $2,016.09

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 15-34836

Case Name: Christopher L. Ruffolo

Taxpayer ID No: XX-XXX3639

For Period Ending: 02/21/2018

Trustee Name: Joji Takada, Chapter 7 Trustee

Bank Name: Associated Bank

Account Number/CD#: XXXXXX0270

Checking

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.63 | $13,187.27 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.61 | $13,167.66 |

| | | |
|---|---|---|
| COLUMN TOTALS | $25,000.00 | $11,832.34 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $25,000.00 | $11,832.34 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $25,000.00 | $11,832.34 |

Page Subtotals:     $0.00     $39.24

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0270 - Checking | $25,000.00 | $11,832.34 | $13,167.66 |
| | $25,000.00 | $11,832.34 | $13,167.66 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $25,000.00 |
| Total Gross Receipts: | $25,000.00 |

Page Subtotals:                    $0.00          $0.00

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-34836                                                                                          Date: February 22, 2018
Debtor Name: Christopher L. Ruffolo
Claims Bar Date: 2/22/2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Joji Takada 6336 North Cicero Avenue Chicago, IL 60646 | Administrative | | $0.00 | $3,250.00 | $3,250.00 |
| 100 2200 | Joji Takada 6336 North Cicero Avenue Chicago, IL 60646 | Administrative | | $0.00 | $35.62 | $35.62 |
| 100 2810 | Department of Treasury Internal Revenue Service Center Cincinnati, Ohio 45999-0039 | Administrative | | $0.00 | $1,779.00 | $1,779.00 |
| 100 2810 | Illinois Department of Revenue PO Box 19053 Springfield, Illinois 62794-9053 | Administrative | | $0.00 | $857.00 | $857.00 |
| 100 3210 | Pedersen and Weinstein LLP 55 E Jackson Blvd # 710 Chicago, IL 60604 Attn: Erika Pedersen | Administrative | | $0.00 | $8,333.33 | $8,333.33 |
| 100 3220 | Pedersen and Weinstein LLP 55 E Jackson Blvd # 710 Chicago, IL 60604 Attn: Erika Pedersen | Administrative | | $0.00 | $400.00 | $400.00 |
| 100 3410 | Callero and Callero LLP 7800 North Milwaukee Avenue Niles, Illinois 60714 Attn: Ryan Matsui | Administrative | | $0.00 | $940.00 | $940.00 |
| 1 300 7100 | First Midwest Bank, N.A. 300 N Hunt Club Rd Gurnee, Il 60031 | Unsecured | | $0.00 | $14,056.71 | $14,056.71 |
| 2 300 7100 | Discover Bank Discover Products Inc Po Box 3025 New Albany, Oh 43054-3025 | Unsecured | | $0.00 | $1,472.10 | $1,472.10 |

Printed: February 22, 2018

**UST Form 101-7-TFR (5/1/2011)** *(Page: 8)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-34836                                                                Date: February 22, 2018
Debtor Name: Christopher L. Ruffolo
Claims Bar Date: 2/22/2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|--------|---------------------------|-------------|-------|-----------|---------|---------|
| 3<br>300<br>7100 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Unsecured | | $0.00 | $611.24 | $611.24 |
| 4<br>300<br>7100 | CAPITAL ONE BANK (USA), N. A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Unsecured | | $0.00 | $3,169.57 | $3,169.57 |
| 5<br>300<br>7100 | Capital One, N.A.<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Unsecured | | $0.00 | $239.75 | $239.75 |
| 6<br>300<br>7100 | Bmo Harris Bank N.A.<br>Po Box 2035<br>Milwaukee, Wi 53201 | Unsecured | | $0.00 | $4,331.05 | $4,331.05 |
| 7<br>300<br>7100 | Nasa Federal Credit Union<br>Po Box 1588<br>Bowie, Md 20717 | Unsecured | | $0.00 | $21,372.23 | $21,372.23 |
| 8<br>300<br>7100 | American Express Centurion Bank<br>C O Becket And Lee Llp<br>Po Box 3001<br>Malvern, Pa 19355-0701 | Unsecured | | $0.00 | $1,053.68 | $1,053.68 |
| 9<br>300<br>7100 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Unsecured | | $0.00 | $1,710.56 | $1,710.56 |
| 10<br>300<br>7100 | Citibank, N.A.<br>C/O American Infosource Lp<br>Po Box 248840<br>Oklahoma City, Ok 73124-8840 | Unsecured | | $0.00 | $7,512.36 | $7,512.36 |
| | Case Totals | | | $0.00 | $71,124.20 | $71,124.20 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-34836
Case Name: Christopher L. Ruffolo
Trustee Name: Joji Takada, Chapter 7 Trustee

Balance on hand                                    $           13,167.66

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ 3,250.00 | $ 0.00 | $ 3,250.00 |
| Trustee Expenses: Joji Takada | $ 35.62 | $ 0.00 | $ 35.62 |
| Attorney for Trustee Fees: Pedersen and Weinstein LLP | $ 8,333.33 | $ 8,333.33 | $ 0.00 |
| Attorney for Trustee Expenses: Pedersen and Weinstein LLP | $ 400.00 | $ 400.00 | $ 0.00 |
| Accountant for Trustee Fees: Callero and Callero LLP | $ 940.00 | $ 0.00 | $ 940.00 |
| Other: Department of Treasury | $ 1,779.00 | $ 1,779.00 | $ 0.00 |
| Other: Illinois Department of Revenue | $ 857.00 | $ 857.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses       $          4,225.62

Remaining Balance                                            $          8,942.04

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 55,529.25  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  16.1  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | First Midwest Bank, N.A. | $    14,056.71 | $         0.00 | $      2,263.59 |
| 2 | Discover Bank | $      1,472.10 | $         0.00 | $        237.06 |
| 3 | Discover Bank | $        611.24 | $         0.00 | $         98.43 |
| 4 | CAPITAL ONE BANK (USA), N. A. | $      3,169.57 | $         0.00 | $        510.41 |
| 5 | Capital One, N.A. | $        239.75 | $         0.00 | $         38.61 |
| 6 | Bmo Harris Bank N.A. | $      4,331.05 | $         0.00 | $        697.44 |
| 7 | Nasa Federal Credit Union | $    21,372.23 | $         0.00 | $      3,441.63 |
| 8 | American Express Centurion Bank | $      1,053.68 | $         0.00 | $        169.68 |
| 9 | Pyod, Llc Its Successors And Assigns As Assignee | $      1,710.56 | $         0.00 | $        275.46 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| 10 | Citibank, N.A. | $       7,512.36 | $       0.00 | $       1,209.73 |

Total to be paid to timely general unsecured creditors        $                8,942.04

Remaining Balance        $                0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE