UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Christopher L. Ruffolo | § | Case No. 15-34836 |
| | § | |
| Debtor | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Joji Takada, Chapter 7 Trustee        , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 16,810.00<br>*(Without deducting any secured claims)* | Assets Exempt: 6,850.00 |
| Total Distributions to Claimants:  8,942.04 | Claims Discharged<br>Without Payment:  166,445.21 |
| Total Expenses of Administration:  16,057.96 | |

    3) Total gross receipts of $ 25,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 25,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 15,103.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 16,057.96 | 16,057.96 | 16,057.96 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 104,755.00 | 55,529.25 | 55,529.25 | 8,942.04 |
| **TOTAL DISBURSEMENTS** | $ 119,858.00 | $ 71,587.21 | $ 71,587.21 | $ 25,000.00 |

4) This case was originally filed under chapter 7 on 10/13/2015. The case was pending for 32 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  06/08/2018            By:/s/Joji Takada, Chapter 7 Trustee
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Discrimination Case Against Bob Rohrman Auto Group & Bob Roh | 1149-000 | 25,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 25,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 1 BMO Harris N.A. 111 W Monroe Street ATTN: LEGAL DEPARTMENT Chicago, IL 60603 | | 15,103.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 15,103.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | 2100-000 | NA | 3,250.00 | 3,250.00 | 3,250.00 |
| Joji Takada | 2200-000 | NA | 35.62 | 35.62 | 35.62 |
| Associated Bank | 2600-000 | NA | 463.01 | 463.01 | 463.01 |
| Department of Treasury | 2810-000 | NA | 1,779.00 | 1,779.00 | 1,779.00 |
| Illinois Department of Revenue | 2810-000 | NA | 857.00 | 857.00 | 857.00 |
| Pedersen and Weinstein LLP | 3210-000 | NA | 8,333.33 | 8,333.33 | 8,333.33 |
| Pedersen and Weinstein LLP | 3220-000 | NA | 400.00 | 400.00 | 400.00 |
| Callero and Callero LLP | 3410-000 | NA | 940.00 | 940.00 | 940.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 16,057.96 | $ 16,057.96 | $ 16,057.96 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BMO Harris Bank P.O. Box 1111 Madison, WI 53701 | | 0.00 | NA | NA | 0.00 |
| | Capital One Bank USA 15000 Capital One Drive Richmond, VA 23238 | | 0.00 | NA | NA | 0.00 |
| | Creditor #: 1 American Express P.O. Box 360001 Ft Lauderdale, FL 33336 | | 997.00 | NA | NA | 0.00 |
| | Creditor #: 10 Citi Cards P.O. Box 6497 Sioux Falls, SD 57117 | | 7,512.00 | NA | NA | 0.00 |
| | Creditor #: 11 CitiBank P.O. Box 6241 Sioux Falls, SD 57117 | | 1,710.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 12 Comenity Bank/Meijer P.O. Box 182789 Columbus, OH 43218 | | 980.00 | NA | NA | 0.00 |
| | Creditor #: 13 Discover Financial Services LLC P.O. Box 15316 Wilmington, DE 19850 | | 1,412.00 | NA | NA | 0.00 |
| | Creditor #: 14 Discover Financial Services LLC P.O. Box 15316 Wilmington, DE 19850 | | 612.00 | NA | NA | 0.00 |
| | Creditor #: 15 First Midwest Bank, N.A. 300 N Hunt Club Rd Gurnee, IL 60031 | | 13,219.00 | NA | NA | 0.00 |
| | Creditor #: 16 Kohl's Credit/Recovery P.O. Box 3004 Milwaukee, WI 53201 | | 239.00 | NA | NA | 0.00 |
| | Creditor #: 17 Nasa Federal Credit Union 500 Prince Georges Blvd Upper Marlboro, MD 20774 | | 20,735.00 | NA | NA | 0.00 |
| | Creditor #: 18 US Bank P.O. Box 6352 Fargo, ND 58125-6352 | | 2,163.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 19 US Bank P.O. Box 6352 Fargo, ND 58125-6352 | | 2,087.00 | NA | NA | 0.00 |
| | Creditor #: 2 Bank of America P. O. Box 982235 El Paso, TX 79998-2235 | | 16,296.00 | NA | NA | 0.00 |
| | Creditor #: 20 US Bank P.O. Box 6352 Fargo, ND 58125-6352 | | 1,061.00 | NA | NA | 0.00 |
| | Creditor #: 21 US Bank Hogan Loc P.O. Box 5227 Cincinnati, OH 45201 | | 2,148.00 | NA | NA | 0.00 |
| | Creditor #: 3 Bank of America P. O. Box 982235 El Paso, TX 79998-2235 | | 10,691.00 | NA | NA | 0.00 |
| | Creditor #: 4 BMO Harris N.A. 111 W Monroe Street ATTN: LEGAL DEPARTMENT Chicago, IL 60603 | | 4,331.00 | NA | NA | 0.00 |
| | Creditor #: 5 Capital One P.O. Box 30285 Salt Lake City, UT 84130-0285 | | 3,134.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 6 Chase P.O. Box 15298 Wilmington, DE 19850-5298 | | 5,371.00 | NA | NA | 0.00 |
| | Creditor #: 7 Chase P.O. Box 15298 Wilmington, DE 19850-5298 | | 4,771.00 | NA | NA | 0.00 |
| | Creditor #: 8 Chase P.O. Box 15298 Wilmington, DE 19850-5298 | | 3,183.00 | NA | NA | 0.00 |
| | Creditor #: 9 Chase P.O. Box 15298 Wilmington, DE 19850-5298 | | 2,103.00 | NA | NA | 0.00 |
| 8 | American Express Centurion Bank | 7100-000 | NA | 1,053.68 | 1,053.68 | 169.68 |
| 6 | Bmo Harris Bank N.A. | 7100-000 | NA | 4,331.05 | 4,331.05 | 697.44 |
| 4 | CAPITAL ONE BANK (USA), N. A. | 7100-000 | NA | 3,169.57 | 3,169.57 | 510.41 |
| 5 | Capital One, N.A. | 7100-000 | NA | 239.75 | 239.75 | 38.61 |
| 10 | Citibank, N.A. | 7100-000 | NA | 7,512.36 | 7,512.36 | 1,209.73 |
| 2 | Discover Bank | 7100-000 | NA | 1,472.10 | 1,472.10 | 237.06 |
| 3 | Discover Bank | 7100-000 | NA | 611.24 | 611.24 | 98.43 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | First Midwest Bank, N.A. | 7100-000 | NA | 14,056.71 | 14,056.71 | 2,263.59 |
| 7 | Nasa Federal Credit Union | 7100-000 | NA | 21,372.23 | 21,372.23 | 3,441.63 |
| 9 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | NA | 1,710.56 | 1,710.56 | 275.46 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 104,755.00 | $ 55,529.25 | $ 55,529.25 | $ 8,942.04 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-34836 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | Christopher L. Ruffolo | | | | Date Filed (f) or Converted (c): | 10/13/2015 (f) |
| | | | | | 341(a) Meeting Date: | 11/16/2015 |
| For Period Ending: | 06/08/2018 | | | | Claims Bar Date: | 02/22/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Misc Cash | 50.00 | 0.00 | | 0.00 | FA |
| 2.  Bank Account With First Midwest Bank # 4078 | 10.00 | 0.00 | | 0.00 | FA |
| 3.  Bank Account With Countryside Bank | 500.00 | 0.00 | | 0.00 | FA |
| 4.  Misc Household Goods, Computer, Electronic Equipment & Furni | 500.00 | 0.00 | | 0.00 | FA |
| 5.  Misc Books & Pictures | 100.00 | 0.00 | | 0.00 | FA |
| 6.  Misc Clothing | 350.00 | 0.00 | | 0.00 | FA |
| 7.  Golf Clubs | 300.00 | 0.00 | | 0.00 | FA |
| 8.  2013 Ford Edge | 19,375.00 | 1,707.00 | | 0.00 | FA |
| 9.  2004 Ford Escape | 2,475.00 | 0.00 | | 0.00 | FA |
| 10. Discrimination Case Against Bob Rohrman Auto Group & Bob Roh | 0.00 | 0.00 | | 25,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $23,660.00 | $1,707.00 | | $25,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Exhibit 8

PI counsel negotiated settlement of PI claim; Trustee to prepare compromise motion once settlement agreement received. - Joji Takada 12/22/2015

Settlement approved; Consulting accountant re tax returns. - Joji Takada 5/27/2016

Accountant hired; Tax returns in process. - Joji Takada 10/27/2016

Tax returns filed; Awaiting prompt determination. - Joji Takada 12/20/2016

Determination notice. - Joji Takada 4/13/2017

Claim administration. - Joji Takada 9/1/2017

Prepare TFR and distribution. - Joji Takada 11/30/2017


Initial Projected Date of Final Report (TFR): 10/13/2017          Current Projected Date of Final Report (TFR): 06/30/2018

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-34836 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | Christopher L. Ruffolo | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX0270 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3639 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/08/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/12/16 | 10 | Bob Rohman's Schaumburg Ford | Settlement payment<br>Settlement re: discrimination claim against former employer | 1149-000 | $25,000.00 | | $25,000.00 |
| 04/18/16 | 1001 | Pedersen and Weinstein LLP<br>55 E Jackson Blvd # 710<br>Chicago, IL 60604<br>Attn: Erika Pedersen | Payment to trustee professional<br><br>Contingency fee to special counsel | 3210-000 | | $8,333.33 | $16,666.67 |
| 04/18/16 | 1002 | Pedersen and Weinstein LLP<br>55 E Jackson Blvd # 710<br>Chicago, IL 60604<br>Attn: Erika Pedersen | Payment to trustee professional<br><br>Expenses to special counsel | 3220-000 | | $400.00 | $16,266.67 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.68 | $16,245.99 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.15 | $16,221.84 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.34 | $16,198.50 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.08 | $16,174.42 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.04 | $16,150.38 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.24 | $16,127.14 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.98 | $16,103.16 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.17 | $16,079.99 |
| 12/23/16 | 1003 | Illinois Department of Revenue<br>PO Box 19053<br>Springfield, Illinois 62794-9053 | Tax payment<br>Bankruptcy estate tax payment | 2810-000 | | $857.00 | $15,222.99 |

Page Subtotals: $25,000.00   $9,777.01

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-34836 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | Christopher L. Ruffolo | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX0270 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3639 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/08/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/23/16 | 1004 | Department of Treasury<br>Internal Revenue Service Center<br>Cincinnati, Ohio 45999-0039 | Tax payment<br>Bankruptcy estate income tax | 2810-000 | | $1,779.00 | $13,443.99 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.57 | $13,420.42 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.04 | $13,400.38 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.00 | $13,382.38 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.90 | $13,362.48 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.23 | $13,343.25 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.84 | $13,323.41 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.17 | $13,304.24 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.78 | $13,284.46 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.75 | $13,264.71 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.09 | $13,245.62 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.69 | $13,225.93 |

Page Subtotals: $0.00   $1,997.06

UST Form 101-7-TDR (10/1/2010) (Page: 13)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 15-34836 | Trustee Name: | Joji Takada, Chapter 7 Trustee | |
| Case Name: | Christopher L. Ruffolo | Bank Name: | Associated Bank | |
| | | Account Number/CD#: | XXXXXX0270 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX3639 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 06/08/2018 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.03 | $13,206.90 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.63 | $13,187.27 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.61 | $13,167.66 |
| 04/20/18 | 1005 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Final distribution per court order. | 2100-000 | | $3,250.00 | $9,917.66 |
| 04/20/18 | 1006 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Final distribution per court order. | 2200-000 | | $35.62 | $9,882.04 |
| 04/20/18 | 1007 | Callero and Callero LLP<br>7800 North Milwaukee Avenue<br>Niles, Illinois 60714<br>Attn: Ryan Matsui | Final distribution per court order. | 3410-000 | | $940.00 | $8,942.04 |
| 04/20/18 | 1008 | First Midwest Bank, N.A.<br>300 N Hunt Club Rd<br>Gurnee, Il 60031 | Final distribution per court order. | 7100-000 | | $2,263.59 | $6,678.45 |
| 04/20/18 | 1009 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Final distribution per court order. | 7100-000 | | $237.06 | $6,441.39 |
| 04/20/18 | 1010 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Final distribution per court order. | 7100-000 | | $98.43 | $6,342.96 |
| 04/20/18 | 1011 | CAPITAL ONE BANK (USA), N. A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Final distribution per court order. | 7100-000 | | $510.41 | $5,832.55 |
| 04/20/18 | 1012 | Capital One, N.A.<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution per court order. | 7100-000 | | $38.61 | $5,793.94 |

Page Subtotals:   $0.00   $7,431.99

UST Form 101-7-TDR (10/1/2010) (Page: 14)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-34836 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Christopher L. Ruffolo | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0270 |
| | Checking |
| Taxpayer ID No: XX-XXX3639 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/08/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/20/18 | 1013 | Bmo Harris Bank N.A.<br>Po Box 2035<br>Milwaukee, Wi 53201 | Final distribution per court order. | 7100-000 | | $697.44 | $5,096.50 |
| 04/20/18 | 1014 | Nasa Federal Credit Union<br>Po Box 1588<br>Bowie, Md 20717 | Final distribution per court order. | 7100-000 | | $3,441.63 | $1,654.87 |
| 04/20/18 | 1015 | American Express Centurion Bank<br>C O Becket And Lee Llp<br>Po Box 3001<br>Malvern, Pa 19355-0701 | Final distribution per court order. | 7100-000 | | $169.68 | $1,485.19 |
| 04/20/18 | 1016 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution per court order. | 7100-000 | | $275.46 | $1,209.73 |
| 04/20/18 | 1017 | Citibank, N.A.<br>C/O American Infosource Lp<br>Po Box 248840<br>Oklahoma City, Ok 73124-8840 | Final distribution per court order. | 7100-000 | | $1,209.73 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $25,000.00 | $25,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $25,000.00 | $25,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $25,000.00 | $25,000.00 |

Page Subtotals: $0.00  $5,793.94

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0270 - Checking | $25,000.00 | $25,000.00 | $0.00 |
|  | $25,000.00 | $25,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $25,000.00 |
| Total Gross Receipts: | $25,000.00 |

Page Subtotals:    $0.00    $0.00